(66 Hun, 636.)

## ROCHESTER DISTILLING CO. v. RAZEY.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by the Rochester Distilling Company against Asa Razey.
No opinion. Motion for a reargument denied. Leave to appeal to court of appeals granted. See 20 N. Y. Supp. 583.

(66 Hun, 636.)

## SALTSMAN, Respondent, v. NEW YORK, L. E. & W. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by Lawrence Saltsman against the New York, Lake Erie & Western Railroad Company.
No opinion. Motion for leave to appeal to the court of appeals denied. See 20 N. Y. Supp. 361.

(66 Hun, 635.)

## SHEPHERD, Plaintiff, v. NORTHERN CENT. RY. CO., Defendant.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by Charles H. Shepherd, as administrator, etc., against the Northern Central Railway Company.
No opinion. Plaintiff's motion for a new trial denied, with costs, and judgment directed for the defendant on the nonsuit.

(66 Hun, 636.)

## SMITH v. MOTT.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by Albert G. Smith against Charles E. Mott.
No opinion. Reargument granted. See 20 N. Y. Supp. 582.

(66 Hun, 636.)

## STEIN et al., Respondents, v. MAGGS et al., Appellants.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by Nathan Stein and others against Frederick Maggs and another.
No opinion. Judgment appealed from affirmed, on opinion of ADAMS, J., at special term.

(66 Hun, 636.)

## TORPY et al., Appellants, v. TORPY et al., Respondents.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by Daniel Torpy and another against Reuben Torpy and others.
No opinion. Judgment appealed from affirmed, with costs.

(66 Hun, 635.)

## PEOPLE ex rel. VAN ALSTYNE, Appellant, v. DAVY, Respondent.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Proceeding on the relation of George R. Van Alstyne against Burton H. Davy, as sheriff of Monroe county.
No opinion. Order appealed from affirmed, with costs.

(66 Hun, 636.)

## WHITNEY et al., Respondents, v. DAVIS et al., Appellants.

(Supreme Court, General Term, Fifth Department. January 18, 1893.)

Action by Edmund C. Whitney and another against Joseph Davis and others.
No opinion. Order appealed from affirmed, with $10 costs and disbursements. HAIGHT, J., not sitting.